# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Southern Division Address David E. Ciambruschini, Chief Deputy

October 23, 2026

Christina Royster
3816 Wildlife Lane
Burtonsville, MD 20866

RE: Royster v. Experian Information Solutions, Inc. et al
26-cv-04459-TDC

Dear Counsel/Party:

The above-captioned case has been transferred or removed from Montgomery County Circuit Court to this Court and assigned the above case number. The case is subject to this Court's electronic filing requirements and procedures.

Sincerely,
/s/
Catherine M. Stavlas, Clerk

cc: All counsel/parties

Removal Notification Letter (03/2014)