**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CHRISTINA ROYSTER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | Case No. 8:26-cv-04459-TDC |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, respectfully requests an extension of time in which it may file an answer or other responsive pleading from October 30, 2026, through and including November 30, 2026. In support of this request, Experian states as follows:

1. The Complaint in the above-captioned matter was filed on August 26, 2026 (ECF Nos. 1-3 & 4) in the Circuit Court for Montgomery County, Maryland (C-15-CV-26-004458).

2. Plaintiff served the Complaint and Summons upon Experian on September 28, 2026.

3. Defendants Trans Union LLC removed this matter to Federal Court on October 23, 2026.

4. Pursuant to Federal Rule of Civil Procedure ("FRCP") 81(c), Experian's deadline to answer or otherwise respond to Plaintiff's complaint is October 30, 2026.

5. Experian and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Accordingly, Experian respectfully requests an

extension of the deadline to answer or otherwise respond to Plaintiff's Complaint, up to and including November 30, 2026.

6. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Experian sufficient time to thoroughly investigate the allegations and claims raised by Plaintiff's Complaint and prepare its response. This is Experian's first request for an extension of time.

7. On October 26, 2026, Experian's counsel reached out to Plaintiff by email, and Plaintiff consented to an extension of time until November 30, 2026.

WHEREFORE, Experian respectfully requests that this Court grant this Motion and order that Experian be allowed an extension of time to respond to Plaintiff's Complaint, up to and including November 30, 2026. A Proposed Order is attached hereto.

October 26, 2026

Respectfully submitted,

/s/ Joy C. Einstein

Joy C. Einstein, Bar No. 19325
Lauren M. Upton, Bar No. 21071
Shulman Rogers, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854-6803
Telephone: (301) 945-9250
Facsimile: (301) 230-2891
jeinstein@shulmanrogers.com
lupton@shulmanrogers.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I served a copy of the foregoing through the Court's electronic filing system upon all counsel of record, and via U.S. Mail postage prepaid on the following:

**Christina Royster, Pro Se**
3816 Wildlife Lane
Burtonsville, MD 20866

**Equifax Information Services, LLC**
c/o CSC-Lawyers Incorporating Service Co.
7 St. Paul St, Suite 820
Baltimore, MD 21202

**Navy Federal Credit Union**
Attn: Legal Department
820 Follin Ln SE
Vienna, VA 22180

**American Credit Acceptance, LLC**
c/o The Corporation Trust Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

**Santander Consumer USA Inc.**
c/o The Corporation Trust Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

**LVNV Funding LLC**
c/o CSC-Lawyers Incorporating Service Co.
7 St. Paul St, Suite 820
Baltimore, MD 21202

/s/ Joy C. Einstein
Joy C. Einstein